

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2017

No. 04-17-00712-CR

Walter Peterson **HARDISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4837
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The trial court imposed sentence on November 3, 2016. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on December 19, 2016. TEX. R. APP. P. 26.2(a)(1). Appellant did not file his notice of appeal until October 25, 2017. Because appellant did not timely file a notice of appeal, it appears that we lack jurisdiction over this appeal.

We, therefore, ORDER appellant to show cause on or before **November 13, 2017** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended until further order of the court.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2017.



Keith E. Hottle
Clerk of Court